UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
IN RE WORLD TRADE CENTER LOWER     21 MC 102 (AKH)
MANHATTAN DISASTER SIRE LITIGATION

-------------------------------------------------------------------x
CARMELO ACEVEDO

                            Plaintiff,     Index No.: 07 CV 1453

      -against-

RELATED BPC ASSOCIATES, INC.,     **NOTICE OF APPEARANCE**
RELATED MANAGEMENT CO., L.P.,
THE RELATED COMPANIES, L.P.,     **ELECTRONICALLY FILED**
THE RELATED REALTY GROUP, INC. and
LIBERTY VIEW ASSOCIATES, L.P.,

                            Defendants.
-------------------------------------------------------------------x

To the Clerk of this Court and all parties of records:

Enter my appearance as counsel in this case for:

**RELATED BPC ASSOCIATES, INC., RELATED MANAGEMENT CO., L.P., THE RELATED COMPANIES, L.P., THE RELATED REALTY GROUP, INC., and LIBERTY VIEW ASSOCIATES, L.P.**

I certify that I am admitted to practice in this court.

Dated:    New York, New York
          January 23, 2008

                                                    LONDON FISCHER LLP

                               By: _____
                                        Gillian Hines Kost (GK-2880)
                                        59 Maiden Lane
                                        New York, New York 10038
                                        Phone: (212) 972-1000
                                        Fax: (212) 972-1030

*Attorney for Defendants*
**RELATED BPC ASSOCIATES, INC.,
RELATED MANAGEMENT CO., L.P.,
THE RELATED COMPANIES, L.P.,
THE RELATED REALTY GROUP, INC., and
LIBERTY VIEW ASSOCIATES, L.P.**

K:\VGFutterman\WTC-Related\Plaintiff\Aristizabal\Pleadings\Notice of Appearance