UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION                                                              Case No.: 21 MC 102 (AKH)
-------------------------------------------------------------X

CARMELO ACEVEDO,                                             Docket No.: 07-CV-1453-AKH

                     Plaintiff(s),                         **STIPULATION OF**
                                                          **DISCONTINUANCE AS TO**
  -against-                                                                       **DEFENDANT, CDL NEW YORK**
                                                              **LLC MILLENIUM HILTON,**
ALAN KASMAN DBA KASCO, *et al.*,               **ONLY.**

                     Defendant(s).
-------------------------------------------------------------X

      **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned for the parties herein, that whereas no party herein is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of this action and based on the representation of the within defendant, and to the extent of Plaintiff(s) can so Stipulate that each claim, cross-claim and counter-claim asserted by and against defendant CDL (NEW YORK) LLC i/s/h/a CDL NEW YORK LLC MILLENIUM HILTON, only as to the claims being made as to the premises located at 55 Church Street, New York, New York shall be and the same hereby are discontinued without prejudice and without costs to any party as against the other.

      **IT IS FURTHER STIPULATED AND AGREED** that should evidence be discovered throughout the course of the litigation which determines that the MILLENIUM HILTON is a proper party to this suit, that plaintiff(s) may reinstitute the action without regard to the applicable Statute of Limitations, assuming said original action was timely commenced, and in such instance Defendant shall not assert Statute of Limitation as a defense.

This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
January 30, 2008

McGIVNEY & KLUGER, P.C.
Attorneys for Defendant
CDL (NEW YORK) LLC i/s/h/a CDL NEW YORK LLC MILLENIUM HILTON,

By: _____
Richard E. Leff (RL-2123)
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456
(Our File: 1537G-0001)

WORBY GRONER EDELMAN & NAPOLI BURN, LLP
Attorneys for Plaintiffs

By: _____
Christopher R. LoPalo (CL-6466)
115 Broadway, 12th Floor
New York, New York 10006
(212) 267-3700

SO ORDERED  6/17/08

_____

2